THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com

Attorneys for Defendant: 6301 Ming Associates, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| United African-Asian Abilities Club; Jessie James Davis IV, UAAAC Member,<br><br>Plaintiffs,<br><br>vs.<br><br>6301 Ming Associates, LLC and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00106-LJO-JLT<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days; [~~PROPOSED~~] Order<br><br>(Doc. 4) |
|---|---|

The following stipulation is entered into by and between Plaintiff, United African-Asian Abilities Club; Jessie James Davis IV, UAAAC Member, and Defendant, 6301 Ming Associates, LLC, in this action ("Parties"), by and through their respective counsel of record. The Parties hereby enter into the following stipulation;

WHEREAS, Local Rule 144(a) of the United State District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

1. Plaintiff agrees to give Defendant 6301 Ming Associates, LLC an extension to respond to the Complaint.

2. Original due date to respond to the Complaint was on February 20, 2018 for Defendant, 6301 Ming Associates, LLC.

3. It is agreed and stipulated that the new due date will be March 6, 2018 for Defendant 6301 Ming Associates, LLC in this action.

Good cause exists for this extension as defense counsel has just been retained for this case and requires time to become knowledgeable about the case to prepare an initial pleading.

Accordingly, the Parties stipulate to the above.

IT IS SO STIPULATED.

DATED:   2/12/18                 **LAW OFFICES OF DAVID C. WAKEFIELD**

By:   /s/ David C. Wakefield
    David C. Wakefield, Esq.
    Attorney for Plaintiffs, United African-Asian
    Abilities Club; Jessie James Davis IV,
    UAAAC Member

DATED:   2/12/18                 **THE KARLIN LAW FIRM LLP**

By:   /s/ David E. Karlin
    David E. Karlin, Esq.
    Attorneys for Defendant, 6301 Ming
    Associates, LLC

I, David E. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing
    /s/ David E. Karlin
    David E. Karlin

# **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint is extended to March 6, 2018.

IT IS SO ORDERED.

Dated: **February 13, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE