UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>6301 MING ASSOCIATES, L.L.C.,<br><br>Defendant. | Case No. 1:18-cv-00106 LJO JLT<br><br>**ORDER TO THE PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO PROSECUTE THIS ACTION** |
|---|---|

The plaintiffs filed this action on January 21, 2018. (Doc. 1) The next day, the Court issued the summons (Docs. 2) and its order setting the mandatory scheduling conference to occur on April 23, 2018. (Doc. 4) The plaintiffs have not filed a proof of service, but on February 12, 2018, the parties' lawyers filed a stipulation to extend time for the defendant to file a responsive pleading. (Doc. 4) The Court granted the stipulation making the responsive pleading due on March 6, 2018. (Doc. 5) However, the defendant has not appeared and the plaintiffs have not sought default. Therefore, the Court **ORDERS**:

///
///
///
///
///

1

1. **No later than April 12, 2018**, the plaintiffs **SHALL** show cause why sanctions should not be imposed for their failure to prosecute this action. Alternatively, they may file a voluntary dismissal of the action or seek entry of default within this same time period.

IT IS SO ORDERED.

   Dated:   **April 4, 2018**                             **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE